WILSON TURNER KOSMO LLP
LEONID M. ZILBERMAN (182829)
NAOMI C. PONTIOUS (288580)
402 West Broadway, Suite 1600
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
E-mail: lzilberman@wilsonturnerkosmo.com
E-mail: npontious@wilsonturnerkosmo.com

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

J. HYUN KIM LAW
Jace H. Kim, Esq. (SBN 282039)
14241 Firestone Boulevard Ste. 400
La Miranda Ca 90638
Telephone: 213-235-2441
Email: jace.kim@jhyunkimlaw.com

Attorneys for Plaintiff
JOSE CELIS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CELIS, an individual, | Case No. 5:24-cv-01312-JGB-SSC |
| Plaintiff, | **JOINT MOTION OF DISMISSAL OF COMPLAINT** |
| v. | District Judge: Hon. Jesus G. Bernal |
| HOME DEPOT U.SA., INC., a corporation; and DOES 1 through 20, inclusive, | Court Room: 1 |
| Defendants. | Complaint Filed: February 14, 2024 |
| | Complaint removed: June 24, 2024 |
| | Trial Date: Not Set |

///

///

///

///

Plaintiff JOSE CELIS on the one hand, and Defendant HOME DEPOT U.S.A., INC., on the other hand, through their respective attorneys of record Move that, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), this Court enter a dismissal with prejudice of Defendant HOME DEPOT U.S.A., INC. from Plaintiff's Complaint, Case Number 5:24-cv-01312-JGB-SSC. The parties herein reached settlement of the present action. The parties further agree that each party shall bear their own attorneys' fees and costs.

Since no Defendants shall remain in this action, Plaintiff requests that this action be dismissed with prejudice in its entirety.

Dated:   August 7, 2024        **J.HYUN KIM LAW**

By:   *s/ Jace H. Kim* _____
       JACE H. KIM
       Attorney for Plaintiff
       JOSE CELIS

Dated:   August 7, 2024        **WILSON TURNER KOSMO LLP**

By:   *s/ Leonid M. Zilberman*
       LEONID M. ZILBERMAN
       NAOMI C. PONTIOUS
       Attorneys for Defendant
       HOME DEPOT U.S.A., INC.